# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JANICE MARLENE KOSAK AND
JANICE ASHLEY CHAISSON

NO.   2019 CW 1260

VERSUS

LOUISIANA FARM BUREAU
CASUALTY INSURANCE COMPANY,
DARRIAN BOZEMAN, BRYAN
BOZEMAN, GEICO CASUALTY
COMPANY

**OCTOBER 16, 2019**

---

In Re:   Janice  Marline  Kosak  and  Janice  Ashley  Chaisson,
applying for supervisory writs, 21st Judicial District
Court, Parish of Livingston, No. 151193.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT   DENIED.**   The  criteria  set  forth  in  **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam), are not met.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT